UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KYLENE GREENE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ESSEX, *et al.*,<br><br>    Defendants. | Civil Action No. 20-14723 (JXN)(AME)<br><br>**<u>ORDER</u>** |

<u>**NEALS**</u>, District Judge

  **THIS MATTER** comes before this Court on the Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 9) pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (ECF No. 13) filed on behalf of Defendants the State of New Jersey, State of New Jersey Judiciary, Essex Vicinage Probation Division, (improperly pled as "Superior Court of New Jersey, Essex Vicinage, Probation Division"), the State of New Jersey Judiciary, Probation Services Division, (improperly pled as "State of New Jersey, Probation Division"), the State of New Jersey Judiciary, Essex Vicinage Family Division, (improperly pled as "Superior Court of New Jersey, Essex Vicinage Domestic Violence Unit") (collectively the "State Defendants"), and Senior Probation Officer Frank Belasic. Plaintiff Kylene Greene ("Greene" or "Plaintiff") filed an opposition (ECF Nos. 15, 16, 17), and the Defendants filed a reply in further support, (ECF Nos. 25). The Court has carefully considered the parties' submissions and decides the matter without oral argument under Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons stated in the accompanying Opinion,

  **IT IS** on this <u>30th</u> day of December 2022,

  **ORDERED** that Defendants' Motion to Dismiss (ECF No. 13) is **GRANTED**; it is further

**ORDERED** that Plaintiff's Amended Complaint as to the State Defendants and Senior Probation Officer Frank Belasic is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties that have entered an appearance within ten days of receipt hereof.

                                                                                    _____
                                                                                    HONORABLE JULIEN XAVIER NEALS
                                                                                    United States District Judge