# MARC ANDREW WILLIAMS
## ATTORNEY AT LAW

New Jersey Office:
100 Winston Drive, #17GN
Cliffside Park, New Jersey 07010
Telephone: 917-484-2823
Fax: 717-842-3466
mawilliams83@gmail.com

August 17, 2023

*VIA ECF*

Hon. André M. Espinosa, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Courtroom MLK 2D
Newark, New Jersey 07102

    Re: **Kylene Greene vs. County of Essex, et al**
       **Civil Action No.: 2:20-cv-14723-JXN-AME**
       <u>**Settlement and Discontinuance of Action**</u>

Dear Judge Espinosa:

  As Your Honor may recall, I represent plaintiff, Kylene Greene, in this action. The Essex County defendants are represented by Alan Ruddy, Esq., who is copied on this correspondence. The remaining defendants were previously dismissed from the case on a pre-answer motion by the New Jersey Attorney General's office.

  I am happy to report that, earlier this afternoon, Mr. Ruddy and I reached a settlement which fully disposes of this action. We deeply appreciate the time the Court invested in settlement discussions, both at our mediation and our recent in-person conference of August 14, 2023. In accordance with L. Civ. R. 41.1(b), we would consent to the entry of a sixty-day Order.

  Thank you again for the Court's time and consideration in this matter.

              Respectfully submitted,

              Marc A. Williams

cc: Essex County Counsel, Via ECF (Attn: Alan Ruddy, Esq.)